*Friday, July 25, 1997*

## MOTION DOCKET

**97–779.   Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI.  This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.  Upon consideration of the motion for stay of briefing pending ruling on motion to dismiss,
   IT IS ORDERED by the court that the motion be, and hereby is, granted, and briefing is stayed until further order of this court.

**97–1312.   State v. Cowans.**
Clermont C.P. No. 96CR005394.  This cause is pending on appeal from the Court of Common Pleas of Clermont County.  Upon consideration of appellant's motion for stay of execution,
   IT IS ORDERED by the court that the motion for a stay of execution be, and is hereby, granted.

*Monday, July 28, 1997*

## MOTION DOCKET

**97–1390.   State v. Cornwell.**
Mahoning C.P. No. 96CR525.  This cause is pending on appeal from the Court of Common Pleas of Mahoning County.  Upon consideration of appellant's motion for a stay of execution pending disposition of this appeal,
   IT IS ORDERED by the court that the motion for a stay of execution be, and hereby is, granted.

*Thursday, July 31, 1997*

## DISCIPLINARY DOCKET

**94–2668.   Cincinnati Bar Assn. v. Shabazz.**
IT IS ORDERED by this court, *sua sponte,* that Donald A. Shabazz, Attorney Registration No. 0024227, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of November 8, 1995, to wit:  failure to pay board costs in the amount of $377.49 on or before February 6, 1996, and failure to pay publication costs in the amount of $107.45 on or before August 6, 1996.

**96–436.   Columbus Bar Assn. v. Sterner.**
IT IS ORDERED by this court, *sua sponte,* that James Michael Sterner, Attorney Registration No. 0034047, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of December 18, 1996, to wit:  failure to surrender his Certificate of Admission and attorney registration card and failure to file an affidavit of compliance on or before January 17, 1997, and failure to pay board costs in the amount of $228.74 on or before March 18, 1997.

**96–921.   Disciplinary Counsel v. Pansiera.**
IT IS ORDERED by this court, *sua sponte,* that Terry Alan Pansiera, Attorney Registration No. 0017819, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of February 19, 1997, to wit:  failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 21, 1997.

**96–1396.   Disciplinary Counsel v. Clifton.**
IT IS ORDERED by this court, *sua sponte,* that William Deems Clifton II, Attorney Registration No. 0038076, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of January 24, 1997, to wit:  failure to surrender his Certificate of Admission and attorney registration card and failure to file an affidavit of compliance on or before February 24, 1997.